# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
| v. | ) |
| | ) Case No. **CR 23-70713-MAG** |
| DANNY WILLIAM GODDARD | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   February 23, 2023   in the county of   Santa Clara   in the
Northern   District of   California  , the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Colleen Dettling.

☑ Continued on the attached sheet.

/s/ Colleen Dettling/SvK w/permission
*Complainant's signature*

Approved as to form /s/ Wistar Wilson
SAUSA  E. Wistar Wilson

Colleen Dettling, FBI Special Agent
*Printed name and title*

Sworn to before me by telephone.

Date:   May 19, 2023

*Judge's signature*

City and state:   San Jose, CA

Hon. Susan van Keulen, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF FBI SPECIAL AGENT COLLEEN DETTLING

I, Colleen Dettling, a Special Agent with the Federal Bureau of Investigation (FBI), currently assigned to the San Francisco Division, San Jose Resident Agency, being duly sworn, depose, and say:

## INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is presented in support of a criminal complaint charging DANNY GODDARD with the crime of Possession of Child Pornography in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

2. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses of federal law, including 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

3. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2009. I am currently assigned to Squad C15 of the San Francisco Field Office, San Jose Resident Agency. Squad C15 is responsible for investigating violent crimes against children and human trafficking. As an FBI Agent, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have conducted, coordinated, and participated in the execution of numerous search warrants in child pornography-related investigations conducted by the FBI and local law enforcement agencies. I have received training in the area of child pornography and child exploitation crimes and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media including computer media. I have attended training relating to child exploitation and pornography at multiple law enforcement seminars, and through training, experience, and interaction with other law enforcement officers and agents, I have become familiar with the manner in which criminals produce, receive, distribute, possess, and store child pornography.

4. The statements contained in this affidavit are based on my own training and experience and personal involvement in this investigation, as well as information relayed to me by other law enforcement officers involved in the investigation.

5. Because this affidavit is submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me that supports

probable cause. Rather, I have set forth those facts that I believe are sufficient to support the issuance of the requested complaint and arrest warrant for DANNY GODDARD for Possession of Child Pornography in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

**STATEMENT OF PROBABLE CAUSE**

6. In late 2022, law enforcement agents with Homeland Security Investigations (HSI) in Portland, Oregon discovered the user "Sean McAllyn" with associated telephone number \*\*\*-\*\*\*-9373 in a group chat that contained child pornography. The same user had previously posted child pornography in the group chat. HSI identified the real user of the account as DANNY GODDARD (GODDARD), a resident of San Jose, CA and a registered sex offender. GODDARD was and is currently on active parole following his conviction for violating California Penal Code 311.11(B) - possession of child pornography. The telephone number, \*\*\*-\*\*\*-9373, associated with the user "Sean McAllyn," is the same telephone number provided to California Department of Corrections and Rehabilitation and to the San Jose Police Department by GODDARD as his primary contact telephone number. Returns from a T-Mobile summons, for telephone number \*\*\*-\*\*\*-9373, show GODDARD as the registered subscriber on the account.

7. On February 23, 2023, the San Jose Police Department and the California Department of Corrections and Rehabilitation executed a parole search at the known residence of GODDARD in San Jose, California, which is in the Northern District of California. GODDARD had provided this address as his residence to a parole agent with the California Department of Corrections and Rehabilitation.

8. During the parole search, a parole agent asked where GODDARD's cell phone was, and GODDARD handed over one Samsung smartphone, which was seized. Multiple other electronic devices were seized as well, including a PlayStation 4. One of the Mobile Station International Subscriber Directory Numbers (MSISDNs) associated with the Samsung smartphone was \*\*\*-\*\*\*-9373. During an examination of the electronic devices, child pornography images were found on the Samsung smartphone and the username found on the PlayStation 4 was "Sean McAllyn." Also found on the Samsung smartphone was an image of GODDARD's California Driver's License.

9. I reviewed file "1023.jpg" found on the Samsung smartphone. The image depicts a pre-pubescent boy. The boy has no muscular definition, no body hair, and no pubic hair around his

genital area. The boy is completely naked, lying down, exposing his bare penis. The boy's right hand is holding his penis while masturbating.

10. I reviewed file "1087501713379838794.0" found on the Samsung smartphone. The image depicts two pre-pubescent boys. Both boys appear to be wearing t-shirts but are naked from the waist down. The boy on the right is orally copulating the boy on the left.

11. The model of Samsung smartphone seized from GODDARD on February 23, 2023 is manufactured outside the state of California. Therefore, there is probable cause to believe that the Samsung smartphone seized from GODDARD on February 23, 2023 had previously traveled in interstate and/or foreign commerce when it was found in GODDARD's possession.

## CONCLUSION

12. Based on the foregoing, there is probable cause to believe that on or about February 23, 2023, GODDARD possessed child pornography involving a visual depiction of a prepubescent minor, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2). Therefore, I respectfully request that the court issue a criminal complaint and arrest warrant for GODDARD.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

/s/ Colleen Dettling/SvK w/permission

Colleen Dettling
Special Agent
Federal Bureau of Investigation

Sworn to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 19th day of May 2023.

_____
HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge

AO 257 (Rev. 6/78)

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |

BY: [X] COMPLAINT  [ ] INFORMATION  [ ] INDICTMENT  [ ] SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**OFFENSE CHARGED**

18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) - Possession of Child Pornography

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

**PENALTY:**
Prison: max. 20 years (18 U.S.C. §2252(b)(2))
Fine: max. $250,000 (18 U.S.C. § 3571(b)(3))
Supervised Release: min. 5 years, max. life (18 U.S.C. § 3583(k))
Special Assessment: $5,100 (18 U.S.C. §§ 3013(a)(2)(A), 3014(a)(3))
Forfeiture (18 U.S.C. § 2253(a))

**DEFENDANT - U.S**
▶ DANNY WILLIAM GODDARD

DISTRICT COURT NUMBER

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. ATTORNEY   [ ] DEFENSE

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Ismail J. Ramsey
[X] U.S. Attorney  [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): E. Wistar Wilson (SAUSA)

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [ ] On this charge
5) [X] On another conviction   [ ] Federal  [X] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  [ ] Yes  [X] No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year: February 23, 2023
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

[ ] This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
[ ] SUMMONS  [ ] NO PROCESS*  [X] WARRANT    Bail Amount: No bail

If Summons, complete following:
[ ] Arraignment  [ ] Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:             Before Judge:

Comments: